# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Melody Sasser<br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:23-MJ-1085<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 05/18/2023

*Defendant's signature*

*Signature of defendant's attorney*

Sarah Olesiuk
*Printed name and bar number of defendant's attorney*

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*