UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) NO. 3:23-CR-68 |
| | ) JUDGES Varlan/Poplin |
| MELODY SASSER | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, beginning on or about December 31, 2022 and continuing through at least April 2023, in the Eastern District of Tennessee and elsewhere, the defendant, MELODY SASSER, did use, and cause another to use, a facility of interstate and foreign commerce, to wit, the Internet, with the intent that the murder of J.W. be committed in violation of the laws of the State of Alabama as consideration for a promise and agreement to pay things of pecuniary value, to wit, the payment of Bitcoin, in violation of Title 18, United States Code, Section 1958.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

[signature]

ANNE-MARIE SVOLTO
Assistant United States Attorney

1