# CRIMINAL CASE COVER SHEET

| | |
|---|---|
| By: | ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____<br>☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*<br>☐ RULE 20 |

USA V. **Melody Sasser**

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: **Anne-Marie Svolto**

Matter Sealed: ☐ YES ☑ NO    Place of Offense: **Knox County**

☐ Interpreter Required    Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed    Case Number: **3:22-MJ-1085**
☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **M. Jeffrey Whitt**

☐ Federal Defender ☐ CJA ☑ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant **1**

Attorney Signature _____

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. Melody Sasser _____

|  | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  | 18 U.S.C. §1958 | Murder for hire. | Y | 1 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |