# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,       )
                                )
v.                              )       No. 3:23-CR-68
                                )
MELODY SASSER,                  )
                                )
       Defendant.       )

## WAIVER OF DETENTION HEARING

The Government requests detention under the Bail Reform Act, 18 U.S.C. § 3142. Under the Bail Reform Act, I understand and acknowledge that I have a right to a hearing to determine whether any condition or combination of conditions will reasonably assure my appearance as required and the safety of any other person and the community.

I HEREBY WAIVE (choose one):

☐     my right to a detention hearing.

☑     my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date.

☐     my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date in the district where charges are pending.

_____  6/21/23
DEFENDANT                         Date

_____
COUNSEL FOR DEFENDANT