

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:23-cr-068-1            Date: December 18, 2023

United States of America    vs.    Melody Sasser

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of her constitutional rights and of the penalties of the offense charged.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

| Jason Huffaker | Kara Nagorny | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Anne-Marie Svolto | | M. Jeffrey Whitt |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Plea Agreement [R.29] filed November 14, 2023    ☐ sealed    ■ unsealed
- ■ Defendant was arraigned and specifically advised of her rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea    ■ granted    ☐ denied
- ■ Defendant waived reading of the Indictment    ☐ Indictment read
- ■ Defendant pleaded guilty to Count 1 of the Indictment.
- ☐ Government moved to dismiss the remaining counts as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** May 8, 2024 at 2:00 pm in Courtroom 4
  **Before** the Honorable Thomas A. Varlan, United States District Judge

> • Parties must adhere to Local Rules 83.9.
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

- ☐ Defendant to remain on conditions pending sentencing
- ■ Defendant remanded to custody of the U.S. Marshal

1:43 – 1:58